DEBRA L. PIERUSCHKA
General Counsel
Nevada Bar No. 10185
TINA RUSSOM
Associate General Counsel
Nevada Bar No. 11702
COLLEGE OF SOUTHERN NEVADA
OFFICE OF GENERAL COUNSEL
6375 W. Charleston Blvd. (WCE310)
Las Vegas, Nevada 89146
Telephone: (702) 651-7325
Debra.pieruschka@csn.edu
*Attorney for Defendant CSN*

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

KEVIN RAIFORD,

          Plaintiff,

      vs.

STATE OF NEVADA, ex rel BOARD OF
REGENTS OF THE NEVADA SYSTEM
OF HIGHER EDUCATION, on behalf of
the COLLEGE OF SOUTHERN NEVADA,
etc. et al.

          Defendants.

Case No.:  2:24-cv-01501-JCM-BNW

**DEFENDANT STATE OF NEVADA, ex rel BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of the COLLEGE OF SOUTHERN NEVADA'S MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT (First Request)**

Complaint filed:  August 15, 2024

      Defendants, STATE OF NEVADA, *ex rel.* BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of the COLLEGE OF SOUTHERN NEVADA ("CSN" and/or "Answering Party" and/or "Defendant") by and through its counsel, Debra L. Pieruschka, General Counsel of CSN and Tina Russom, Associate General Counsel of CSN, hereby requests an extension until October 4, 2024, to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

      Plaintiff filed his Complaint on August 15, 2024.  On August 19, 2024, the Office of the Attorney General was served.  Upon information and belief, Chancellor of Defendant, STATE

Office of General Counsel
College of Southern Nevada
6375 W. Charleston Blvd., #WCE310
Las Vegas, NV 89146

OF NEVADA, *ex rel* BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION was served on or about August 22, 2024.  Undersigned counsel was out of the jurisdiction and unavailable by telephone or email from August 23, 2024, through September 4, 2024.  Further, Assistant General Counsel for Defendant, the COLLEGE OF SOUTHERN NEVADA, recently resigned from her position.

The deadline for Defendant to respond to the Complaint is currently on or about September 12, 2024.  Defendant's former counsel immediately contacted Plaintiff's counsel to inquire as to whether Plaintiff would agree to the extension.  (**Exhibit 1**).  Plaintiff's counsel agreed to an extension.  (**Exhibit 1**).  Defendant's counsel submitted Stipulation and Order to Plaintiff's counsel.  (**Exhibit 2**).  As of the filing of this motion, Plaintiff has not returned the proposed Stipulation and Order to file with this Court. (**Exhibit 2**).

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1   This is Defendants first request for an extension of time to respond to the Complaint and

2   is not intended to cause any delay or prejudice to any party, but rather to allow Defendants time

3   to investigate Plaintiff's claims.  As set forth above, Defendants' counsel was only aware of the

4   service upon return to the office on September 4, 2024.  Therefore, Defendant respectfully

5   requests until October 4, 2024, to file its responsive pleading.

6   DATED this 11<u>th</u> day of September 2024.

7

8                                         COLLEGE OF SOUTHERN NEVADA
                                          OFFICE OF GENERAL COUNSEL
9

10                                         /s/ Debra L. Pieruschka
11                                        Debra L. Pieruschka, Esq.
                                          General Counsel
12                                        Nevada Bar No. 10185
                                          COLLEGE OF SOUTHERN NEVADA
13                                        OFFICE OF GENERAL COUNSEL
                                          6375 W. Charleston Blvd. (WCE310)
14                                        Las Vegas, Nevada 89146
                                          Telephone: (702) 651-7325
15                                        *Attorneys for Defendant CSN*
16

17

18  **IT IS SO ORDERED.**

19      Dated this 12 day of September 2024.

20      _____
21      UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

**Office of General Counsel**
**College of Southern Nevada**
**6375 W. Charleston Blvd., #WCE310**
**Las Vegas, NV 89146**

## CERTIFICATE OF SERVICE

I hereby certify that on the 11<u>th</u> day of September 2024, I caused a copy of the foregoing

**DEFENDANT STATE OF NEVADA, ex rel BOARD OF REGENTS OF THE NEVADA**

**SYSTEM OF HIGHER EDUCATION, on behalf of the COLLEGE OF SOUTHERN**

**NEVADA'S MOTION TO EXTEND TIME TO ANSWER COMPLAINT (First Request)**

to be served upon all parties appearing in this case by the following means:

☐    Odyssey File/Serve system upon the parties on the E-Service Master List

☒    CM/ECF system upon the parties on the E-Service Master List

☐    Hand-Delivery (including handing it to recipient or delivering it to the person's office or usual place of abode and leaving it with someone of suitable age and discretion who resides there)

☐    Delivery Service (e.g., FedEx, UPS)

☐    Other means (if the other party has consented in writing to service by such means)

☐    U.S. Mail, First Class, postage prepaid

MICHAEL ARATA, ESQ.
HKM Employment Attorneys, LLP
101 Convention Center Dr., Suite 600
Las Vegs, NV 89109
marata@hkm.com
Attorney for Plaintiff


*/s/ Carrie Parker*
An employee of the College of Southern Nevada

4

# EXHIBIT "1"

# EXHIBIT "1"

Re: [EXTERNAL] RE: re: Raiford v. CSN, United States District Court, Dist. of Nevada Case No. 2:24-cv-01501-JCM-BNW

**Parker, Carrie <Carrie.Parker@CSN.EDU>**
Mon 9/9/2024 4:30 PM

To:Arata, Mike <marata@hkm.com>
Cc:Pieruschka, Debra <Debra.Pieruschka@CSN.EDU>;36f4c7597+matter1521591136@maildrop.clio.com <36f4c7597+matter1521591136@maildrop.clio.com>

📎 1 attachments (85 KB)
2024.09.09 CSN SAO re Extend Time to File Answer.doc;

Good afternoon Mr. Arata. Thank you for graciously granting an extension to our office. Attached hereto, please find the proposed SAO for your review, comment and/or approval. Should it be acceptable, please advise of your permission to affix your electronic signature. Appreciate your time in advance.

Carrie Parker
Legal Assistant, Office of General Counsel
carrie.parker@csn.edu
Main: 702-651-7488
Direct: 702-651-5454

*The College of Southern Nevada empowers our students and communities to achieve, succeed, and prosper.*

College of Southern Nevada
www.csn.edu
6375 W. Charleston Blvd., WCE310, Las Vegas, NV 89146

**CONFIDENTIALITY NOTICE**: *This e-mail and any attached document(s) accompanying this transmission may be attorney-client privileged, contain confidential information, protected from disclosure, and belong to the sender. It is intended only for the above-named individual(s). If you are not the intended recipient, any use, disclosure, dissemination, copying, distribution, or taking of action based on any portion of this message or any attachment is strictly prohibited. If you have received this message in error, please notify the sender at the above e-mail address immediately and delete this e-mail and any attachments. Thank you for your cooperation.*

**From:** Arata, Mike <marata@hkm.com>
**Sent:** Monday, September 9, 2024 8:06 AM
**To:** Neff, Karissa <Karissa.Neff@CSN.EDU>
**Cc:** Pieruschka, Debra <Debra.Pieruschka@CSN.EDU>; Parker, Carrie <Carrie.Parker@CSN.EDU>; 36f4c7597+matter1521591136@maildrop.clio.com <36f4c7597+matter1521591136@maildrop.clio.com>
**Subject:** RE: [EXTERNAL] RE: re: Raiford v. CSN, United States District Court, Dist. of Nevada Case No. 2:24-cv-01501-JCM-BNW

| [External Email] |
| --- |

Hi Karissa:

I heard from Mr. Raiford and he agrees to the extension request. Please send over a proposed stipulation.

Thanks,
Mike



702-674-9270
marata@hkm.com
www.hkm.com

**Mike Arata**
Attorney

101 Convention Center Drive, Suite 600
Las Vegas, NV 89109

Arlington | Atlanta | Baltimore | Bellevue | Birmingham | Boise | Boston | Charlotte | Chicago | Cincinnati | Denver
Houston | Huntsville | Indianapolis | Irvine | Kansas City | Las Vegas | Los Angeles | Minneapolis | New Paltz
New York | Philadelphia | Phoenix | Pittsburgh | Portland | Riverside | San Diego | Seattle | Spokane | St. Louis | Washington, D.C.

*This email may contain confidential or attorney-client privileged information and is intended only for the recipient(s) identified above.*
*If you receive this email and are not the intended recipient, please contact our office and destroy any and all copies of this message that are in your possession.*

**From:** Neff, Karissa <Karissa.Neff@CSN.EDU>
**Sent:** Friday, September 6, 2024 11:48 AM
**To:** Arata, Mike <marata@hkm.com>
**Cc:** Pieruschka, Debra <Debra.Pieruschka@CSN.EDU>; Parker, Carrie <Carrie.Parker@CSN.EDU>; 36f4c7597+matter1521591136@maildrop.clio.com
**Subject:** RE: [EXTERNAL] RE: re: Raiford v. CSN, United States District Court, Dist. of Nevada Case No. 2:24-cv-01501-JCM-BNW

Hi Mike,

We are always open to discussing settlement and presenting any offers to CSN but at this time we do not have any settlement authority.  After you discuss with your client, please let us know regarding the extension.

Thanks,

Karissa

**From:** Arata, Mike <marata@hkm.com>
**Sent:** Friday, September 6, 2024 10:56 AM
**To:** Neff, Karissa <Karissa.Neff@CSN.EDU>
**Cc:** Pieruschka, Debra <Debra.Pieruschka@CSN.EDU>; Parker, Carrie <Carrie.Parker@CSN.EDU>; 36f4c7597+matter1521591136@maildrop.clio.com
**Subject:** [EXTERNAL] RE: re: Raiford v. CSN, United States District Court, Dist. of Nevada Case No. 2:24-cv-01501-JCM-BNW

| [External Email] |
|---|

Hi Karissa:

I've reached out to Mr. Raiford concerning CSN's request and I will let you know once I hear from him.

Does CSN have any interest in attempting to explore possible resolution at this time?

Thanks,
Mike



702-674-9270
marata@hkm.com
www.hkm.com

Mike Arata
Attorney

101 Convention Center Drive, Suite 600
Las Vegas, NV 89109

Arlington | Atlanta | Baltimore | Bellevue | Birmingham | Boise | Boston | Charlotte | Chicago | Cincinnati | Denver
Houston | Huntsville | Indianapolis | Irvine | Kansas City | Las Vegas | Los Angeles | Minneapolis | New Paltz
New York | Philadelphia | Phoenix | Pittsburgh | Portland | Riverside | San Diego | Seattle | Spokane | St. Louis | Washington, D.C.

*This email may contain confidential or attorney-client privileged information and is intended only for the recipient(s) identified above.*
*If you receive this email and are not the intended recipient, please contact our office and destroy any and all copies of this message that are in your possession.*

---

**From:** Neff, Karissa <Karissa.Neff@CSN.EDU>
**Sent:** Friday, September 6, 2024 9:49 AM
**To:** Arata, Mike <marata@hkm.com>
**Cc:** Pieruschka, Debra <Debra.Pieruschka@CSN.EDU>; Parker, Carrie <Carrie.Parker@CSN.EDU>
**Subject:** RE: re: Raiford v. CSN, United States District Court, Dist. of Nevada Case No. 2:24-cv-01501-JCM-BNW

Hi Mike,

I just left you a voicemail regarding the same and thought I'd follow up by email in case you are out of the office.  Please let me know if you are willing to grant the extension below for CSN to file a response to Raiford's complaint.

Thank you,

**Karissa D. Neff, Esq.**
Assistant General Counsel
O: (702) 651-7325
Email:  karissa.neff@csn.edu

**College of Southern Nevada**
Office of General Counsel
www.csn.edu
6375 W. Charleston Blvd. WCE310 | Las Vegas, NV 89146

*The College of Southern Nevada empowers our students and communities to achieve, succeed, and prosper.*

***CONFIDENTIALITY NOTICE***: *This e-mail, and any attached document(s) accompanying this transmission, may be attorney-client privileged, contain confidential information, and protected from disclosure and belongs to the*

*sender. It is intended only for the use of the above named. If you are not the intended recipient, any use, disclosure, dissemination, copying, distribution or taking of action based on any portion of this message or any attachment is strictly prohibited. If you have received this message in error, please notify the sender at the above e-mail address immediately and delete this e-mail along with any attachments. Thank you for your cooperation.*

---

**From:** Neff, Karissa
**Sent:** Thursday, September 5, 2024 9:17 AM
**To:** Arata, Mike <marata@hkm.com>
**Cc:** Pieruschka, Debra <Debra.Pieruschka@CSN.EDU>; Parker, Carrie <Carrie.Parker@CSN.EDU>
**Subject:** re: Raiford v. CSN, United States District Court, Dist. of Nevada Case No. 2:24-cv-01501-JCM-BNW

Good morning,

CSN was served in the above-referenced case.  CSN is in the process of obtaining outside counsel to defend it.  Please advise if you are willing to grant CSN an extension up to, and including, October 4, 2024, to file a responsive pleading.  CSN appreciates your anticipated professional courtesy.

Thanks,

**Karissa D. Neff, Esq.**
Assistant General Counsel
O: (702) 651-7325
Email:  karissa.neff@csn.edu

**College of Southern Nevada**
Office of General Counsel
www.csn.edu
6375 W. Charleston Blvd. WCE310 | Las Vegas, NV 89146

*The College of Southern Nevada empowers our students and communities to achieve, succeed, and prosper.*

***CONFIDENTIALITY NOTICE***: *This e-mail, and any attached document(s) accompanying this transmission, may be attorney-client privileged, contain confidential information, and protected from disclosure and belongs to the sender. It is intended only for the use of the above named. If you are not the intended recipient, any use, disclosure, dissemination, copying, distribution or taking of action based on any portion of this message or any attachment is strictly prohibited. If you have received this message in error, please notify the sender at the above e-mail address immediately and delete this e-mail along with any attachments. Thank you for your cooperation.*

# EXHIBIT "2"

# EXHIBIT "2"

DEBRA L. PIERUSCHKA
General Counsel
Nevada Bar No. 10185
TINA RUSSOM
Associate General Counsel
Nevada Bar No. 11702
COLLEGE OF SOUTHERN NEVADA
OFFICE OF GENERAL COUNSEL
6375 W. Charleston Blvd. (WCE310)
Las Vegas, Nevada 89146
Telephone: (702) 651-7488
debra.pieruschka@csn.edu
*Attorney for Defendant CSN*

# UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| KEVIN RAIFORD,<br><br>               Plaintiff,<br><br>     vs.<br><br>STATE OF NEVADA, ex rel BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of the COLLEGE OF SOUTHERN NEVADA, etc. et al.<br><br>             Defendants. | Case No.:  2:24-cv-01501-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE AN ANSWER OR RESPONSIVE PLEADING** |

Defendant, STATE OF NEVADA, *ex rel.* BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of the COLLEGE OF SOUTHERN NEVADA ("CSN" and/or "Answering Party" and/or "Defendant") by and through its counsel, Debra L. Pieruschka, General Counsel of CSN and Tina Russom, Associate General Counsel of CSN, and hereby stipulate and agree that the deadline for Defendant to file its Answer or other responsive pleading shall be extended up to and through **October 4, 2024**, to allow counsel time to discuss the merits of the case, possible resolution and retainment of outside counsel.

This request is made jointly by counsel in good faith and not for purposes of delay.  This is the first request.

Respectfully submitted this <u>9th</u> day of <u>September</u>, 2024.

HKM EMPLOYMENT ATTORNEYS          THE COLLEGE OF SOUTHERN NEVADA

_____          _____

MICHAEL A. ARATA                              DEBRA L. PIERUSCHKA
HKM Employment Attorneys, LLP          Office of General Counsel
101 Convention Center Dr., Suite 600      6375 W. Charleston Blvd. (WCE310)
Las Vegas, NV  89109                              Las Vegas, NV  89146
(702) 674-9270 (Phone)                            (702) 651-7325 (Phone)
marata@hkm.com                                      (702) 651-7464 (Fax)
                                                               debra.pieruschka@csn.edu

IT IS SO ORDERED.

Dated this ___ day of September, 2024.


_____
UNITED STATES MAGISTRATE JUDGE

Office of General Counsel
College of Southern Nevada
6375 W. Charleston Blvd., #WCE310
Las Vegas, NV 89146

2