DEBRA L. PIERUSCHKA
General Counsel
Nevada Bar No. 10185
TINA RUSSOM
Associate General Counsel
Nevada Bar No. 11702
COLLEGE OF SOUTHERN NEVADA
OFFICE OF GENERAL COUNSEL
6375 W. Charleston Blvd. (WCE310)
Las Vegas, Nevada 89146
Telephone: (702) 651-7488
debra.pieruschka@csn.edu
*Attorney for Defendant CSN*

**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| KEVIN RAIFORD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, ex rel BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of the COLLEGE OF SOUTHERN NEVADA, etc. et al.<br><br>　　　　　Defendants. | Case No.: 2:24-cv-01501-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE AN ANSWER OR RESPONSIVE PLEADING** |

　　　　Plaintiff, KEVIN RAIFORD, by and through his attorneys, the law firm of HKM Employment Attorneys LLP, and Defendant, STATE OF NEVADA, *ex rel.* BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of the COLLEGE OF SOUTHERN NEVADA ("CSN" and/or "Answering Party" and/or "Defendant") by and through its counsel, Debra L. Pieruschka, General Counsel of CSN and Tina Russom, Associate General Counsel of CSN, hereby stipulate and agree that the deadline for Defendant to file its Answer or other responsive pleading shall be extended up to and through **October 4,**

**2024**, to allow counsel time to discuss the merits of the case, possible resolution and retainment of outside counsel.

  This request is made jointly by counsel in good faith and not for purposes of delay. This is the first request for an extension of the response deadline.

  Respectfully submitted this <u>12th</u> day of <u>September</u>, 2024.

| HKM EMPLOYMENT ATTORNEYS | THE COLLEGE OF SOUTHERN NEVADA |
|---|---|
| */s/ Michael A. Arata* | */s/ Debra L. Pieruschka* |
| MICHAEL A. ARATA | DEBRA L. PIERUSCHKA |
| HKM Employment Attorneys, LLP | Office of General Counsel |
| 101 Convention Center Dr., Suite 600 | 6375 W. Charleston Blvd. (WCE310) |
| Las Vegas, NV 89109 | Las Vegas, NV 89146 |
| (702) 674-9270 (Phone) | (702) 651-7325 (Phone) |
| marata@hkm.com | (702) 651-7464 (Fax) |
| | debra.pieruschka@csn.edu |

IT IS SO ORDERED.

Dated this <u>13</u> day of September, 2024.

_____
UNITED STATES MAGISTRATE JUDGE