Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
Telephone: (702) 420-7000
jbraster@nblawnv.com

*Attorneys for Defendant*
*State of Nevada, Ex. Rel. Board Of Regents For The*
*Nevada System Of Higher Education On Behalf Of The*
*College Of Southern Nevada*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN RAIFORD, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, EX. REL. BOARD OF REGENTS FOR THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF THE COLLEGE OF SOUTHERN NEVADA, a State of Nevada entity; DOES I - X; ROE CORPORATIONS I - X,<br><br>Defendants. | Case No. 2:24-cv-01501-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE AN ANSWER OR RESPONSIVE PLEADING (Second Request)** |

Defendant, STATE OF NEVADA, *ex rel.* BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of the COLLEGE OF SOUTHERN NEVADA ("CSN" and/or "Answering Party" and/or "Defendant") and Plaintiff Kevin Raiford, by and through their respective counsel of record, hereby submit this stipulation to extend the time to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

Plaintiff filed his Complaint on August 15, 2024. The deadline for Defendant to respond to the Complaint is currently October 4, 2024. Undersigned counsel for Defendant was just recently retained and this second extension will allow Defendant to more fully investigate and review the

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000

claims.  The parties stipulate and agree that the deadline for Defendant to file its Answer or other responsive pleading shall be extended up to and through **October 18, 2024**.

This request is made jointly by counsel in good faith and not for purposes of delay. This is the second request.

Respectfully submitted this 2nd day of October 2024.

HKM EMPLOYMENT ATTORNEYS           NAYLOR & BRASTER

By: */s/ Michael A. Arata*            By: */s/ Jennifer L. Braster*
    Michael A. Arata                     Jennifer L. Braster
    Nevada Bar No. 11902                 Nevada Bar No. 9982
    101 Covention Center Dr., Suite 600  10100 W. Charleston Blvd., Suite 120
    Las Vegas, NV 89109                  Las Vegas, NV 89135

*Attorneys for Plaintiff Kevin Raiford*   *Attorneys for Defendant*
*State of Nevada, Ex. Rel. Board Of Regents For The Nevada System Of Higher Education On Behalf Of The College Of Southern Nevada*

IT IS SO ORDERED.

Dated this  4  day of October 2024.

_____
UNITED STATES MAGISTRATE JUDGE

2

## **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 4(b), I hereby certify that I am an employee of NAYLOR & BRASTER and that on this 3rd day of October 2024, I caused the document **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE AN ANSWER OR RESPONSIVE PLEADING (Second Request)** to be served through the Court's CM/ECF system to those persons designated by the parties that have appeared in the matter.

*/s/ Halee Mennear*
An Employee of NAYLOR & BRASTER

Naylor & Braster
Attorneys at Law
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000

3