Jennifer L. Braster
Nevada Bar No. 9982
Kelly M. Scarborough
Nevada Bar No. 16979
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV  89135
Telephone: (702) 420-7000
jbraster@nblawnv.com

*Attorneys for Defendant*
*Ex. Rel. Board Of Regents For The Nevada System Of*
*Higher Education On Behalf Of The College Of*
*Southern Nevada*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN RAIFORD, an Individual,<br><br>      Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, EX. REL. BOARD OF REGENTS FOR THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF THE COLLEGE OF SOUTHERN NEVADA, a State of Nevada entity; DOES I - X; ROE CORPORATIONS I - X,<br><br>      Defendants. | Case No. 2:24-cv-01501-JCM-BNW<br><br>**STIPULATION TO SET SETTLEMENT CONFERENCE PURSUANT TO LR 16-5** |

Defendant, the State of Nevada ex rel. the Board of Regents of the Nevada System of Higher Education on behalf of the College of Southern Nevada ("CSN"), and Plaintiff Kevin Raiford, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Counsel for the parties have conducted preliminary settlement discussions both before and during the Rule 26 conference.

2. The parties believe that this matter may benefit from an early settlement conference.

3. The parties stipulate pursuant to LR 16-5 for the setting of a settlement conference at this juncture.

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000

4. To the extent the settlement conference does not completely resolve the matter, the parties shall submit an amended proposed discovery plan within thirty (30) days of the settlement conference.

IT IS SO STIPULATED.

Dated: January 14, 2025.

| NAYLOR & BRASTER | HKM EMPLOYMENT ATTORNEYS LLP |
|---|---|
| By: */s/ Jennifer L. Braster* <br> Jennifer L. Braster <br> Nevada Bar No. 9982 <br> Kelly M. Scarborough <br> Nevada Bar No. 16979 <br> 10100 W. Charleston Blvd., Suite 120 <br> Las Vegas, NV 89135 <br><br> *Attorneys for Ex. Rel. Board Of Regents For The Nevada System Of Higher Education On Behalf Of The College Of Southern Nevada* | By: */s/ Michael Arata* <br> Michael Arata <br> Nevada Bar No. 11902 <br> 101 Convention Center Drive, Suite 600 <br> Las Vegas, NV 89109 <br><br> *Attorneys for Plaintiff, Kevin Raiford* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000

2