**NOTICE: DO NOT E-FILE THIS FORM.  EMAIL IT DIRECTLY TO AMBER FREEMAN IN THE CLERK OF COURT'S OFFICE at** amber_freeman@nvd.uscourts.gov.

From: [Party]
      [Address]

To:   Amber Freeman, Operations Manager
      Clerk of Court
      United States District Court
      333 Las Vegas Boulevard South
      Las Vegas, Nevada, 89101

Date: _____

Re: Raiford v. State of Nevada, Ex. Rel. Board of Regents, Case No. 2:24-cv-01501-JCM-BNW

Dear Ms. Freeman:

    I am writing concerning the notice that Judge Weksler intends to disqualify herself from the settlement conference because her impartiality might reasonably be questioned.

Check appropriate box

_____    My client(s) and I hereby waive this disqualification.  We are willing to proceed forward with Judge Weksler overseeing the settlement conference.

_____    I am representing myself and waive disqualification. I am willing to proceed forward with Judge Weksler overseeing the settlement conference.

    Pursuant to Canon 3D of the Code of Conduct, I am submitting this letter to the Clerk's office, but I am not copying Judge Weksler, nor am I copying the other counsel of record or the other parties.  I am **not** filing this letter in the court's CM/ECF system.

    Cordially,

    /s/_____
    [Name]
    Attorney of Record for:

    [Client 1]_____
    [Client 2]_____ etc.