Jennifer L. Braster
Nevada Bar No. 9982
Kelly M. Scarborough
Nevada Bar No. 16979
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
Telephone: (702) 420-7000
jbraster@nblawnv.com

*Attorneys for Defendant*
*Ex. Rel. Board Of Regents For The Nevada System Of*
*Higher Education On Behalf Of The College Of*
*Southern Nevada*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN RAIFORD, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, EX. REL. BOARD OF REGENTS FOR THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF THE COLLEGE OF SOUTHERN NEVADA, a State of Nevada entity; DOES I - X; ROE CORPORATIONS I - X,<br><br>Defendants. | Case No. 2:24-cv-01501-JCM-BNW<br><br>**STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE** |

Defendant, the State of Nevada ex rel. the Board of Regents of the Nevada System of Higher Education on behalf of the College of Southern Nevada ("CSN"), and Plaintiff Kevin Raiford, by and through their respective counsel of record, hereby stipulate and agree as follows:

On April 9, 2025, the Court entered an order setting the settlement conference in this matter for 10:00 a.m. on June 4, 2025.  *See* ECF No. 27.  Because counsel for Defendant will be out of the

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000

country for a previously scheduled trip and unavailable, the parties stipulate and agree to reschedule the settlement conference to the Court's next available date. The parties are available on the following alternative dates: 5/19, 5/21, 5/23, 6/9, 6/10, and 6/11.

    IT IS SO STIPULATED.

Dated: April 23, 2025.

| NAYLOR & BRASTER | HKM EMPLOYMENT ATTORNEYS LLP |
|---|---|
| By: */s/ Jennifer L. Braster*<br>Jennifer L. Braster<br>Nevada Bar No. 9982<br>Kelly M. Scarborough<br>Nevada Bar No. 16979<br>10100 W. Charleston Blvd., Suite 120<br>Las Vegas, NV 89135<br><br>*Attorneys for Ex. Rel. Board Of Regents For The Nevada System Of Higher Education On Behalf Of The College Of Southern Nevada* | By: */s/ Michael Arata*<br>Michael Arata<br>Nevada Bar No. 11902<br>101 Convention Center Drive, Suite 600<br>Las Vegas, NV 89109<br><br>*Attorneys for Plaintiff, Kevin Raiford* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000

2