**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KEVIN RAIFORD,

    Plaintiff,

v.

STATE OF NEVADA, EX.REL. BOARD
OF REGENTS FOR THE NEVADA
SYSTEM OF HIGHER EDUCATION,

    Defendant.

Case No. 2:24-cv-01501-JCM-BNW

**Order**

[Docket No. 28]

Pending before the Court is the parties' stipulation to continue the settlement conference set for June 4, 2025, Docket No. 28, which is **GRANTED**. The settlement conference is hereby **CONTINUED** to 10:00 a.m. on May 23, 2025. Settlement statements must be submitted by 3:00 p.m. on May 16, 2025. All other requirements set forth in the Court's order at Docket No. 27 continue to apply.

IT IS SO ORDERED.

Dated: April 24, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1