Jennifer L. Braster
Nevada Bar No. 9982
Kelly M. Scarborough
Nevada Bar No. 16979
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
Telephone: (702) 420-7000
jbraster@nblawnv.com

*Attorneys for Defendant*
*Ex. Rel. Board Of Regents For The Nevada System Of*
*Higher Education On Behalf Of The College Of*
*Southern Nevada*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEVIN RAIFORD, an Individual, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF NEVADA, EX. REL. BOARD OF REGENTS FOR THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF THE COLLEGE OF SOUTHERN NEVADA, a State of Nevada entity; DOES I - X; ROE CORPORATIONS I - X, <br><br> Defendants. | Case No. 2:24-cv-01501-JCM-BNW <br><br> **STIPULATION OF DISMISSAL** |

Plaintiff, Kevin Raiford, and Defendant, the State of Nevada ex rel. the Board of Regents of the Nevada System of Higher Education on behalf of the College of Southern Nevada ("CSN"), hereby stipulate to Plaintiff's dismissal all claims against CSN in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action.

Dated: August 6, 2025.

| NAYLOR & BRASTER | HKM EMPLOYMENT ATTORNEYS LLP |
|---|---|
| By: */s/ Jennifer L. Braster*<br>    Jennifer L. Braster<br>    Nevada Bar No. 9982<br>    Kelly M. Scarborough<br>    Nevada Bar No. 16979<br>    10100 W. Charleston Blvd., Suite 120<br>    Las Vegas, NV 89135 | By: */s/ Michael Arata*<br>    Michael Arata<br>    Nevada Bar No. 11902<br>    101 Convention Center Drive, Suite 600<br>    Las Vegas, NV 89109<br><br>*Attorneys for Plaintiff, Kevin Raiford* |

*Attorneys for Ex. Rel. Board Of Regents For The Nevada System Of Higher Education On Behalf Of The College Of Southern Nevada*

**IT IS SO ORDERED**. August 8, 2025.

_____
UNITED STATES DISTRICT JUDGE

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000

2